1  Robert A. Spanner, Esq. (State Bar No. 60308)
   TRIAL & TECHNOLOGY LAW GROUP
2  A Professional Corporation
   545 Middlefield Road, Suite 220
3  Menlo Park, CA 94025
   Telephone:    (650) 324-2223
4  Facsimile:    (650) 324-0178

5
   Attorneys for Plaintiff
6  IP SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  IP SOLUTIONS, INC.
                                     No. C  07-2774 EMC
12
            Plaintiff(s),            **DECLINATION TO PROCEED BEFORE**
13                                   **A MAGISTRATE JUDGE**
                                     **AND**
      v.                             **REQUEST FOR REASSIGNMENT TO A**
14  BANK OF AMERICA, N.A., et al.    **UNITED STATES DISTRICT JUDGE**

15

            Defendant(s).
16  _____/

17
    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
        The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22             June 1, 2007
    Dated: _____        Signature _____
23
                                                Counsel for  Plaintiff
24                                              (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28