United States District Court

For the Northern District of California

1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
8
9 IP SOLUTIONS, INC.,                              Case No. 07-2774 EMC
10              Plaintiff,
11       v.
12 BANK OF AMERICA, N.A., et al.,
13              Defendants.
14 _____/
15
16
**NOTICE OF IMPENDING REASSIGNMENT TO
17 A UNITED STATES DISTRICT COURT JUDGE**
18       The Clerk of this Court will now randomly reassign this case to a United States District
19 Judge because either:
20       ( x )   One or more of the parties has requested reassignment to a United States District
21
22 Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
23       ( )     One or more of the parties has sought a type of judicial action (e.g., a temporary
24 restraining order) that a United States Magistrate Judge may not take without the consent of all
25 parties, the necessary consents have not been secured, and time is of the essence.
26 ///
27
28

United States District Court
For the Northern District of California

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: June 4, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

2