David J. Miclean (CSB# 115098/miclean@fr.com)
Christina D. Jordan (CSB# 245944/cjordan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.


Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone: (650) 324-2223
Facsimile:  (650) 324-0178

Attorneys for Plaintiff
IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IP SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. 07-CV-2774 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT** |

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS,
2  INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA
3  TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that Defendants be granted an
4  additional fifteen (15) days in which to respond to Plaintiff's Complaint in the above-captioned
5  matter.

6  Based on this Stipulation and [Proposed] Order, the date by which Defendants must respond
7  to Plaintiff's Complaint shall be extended to Friday, July 27, 2007.

8  IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and
9  Defendants that the time period for noticing a motion filed in response to the Complaint for hearing
10 pursuant to Local Rule 7-2 shall be extended to forty-two (42) days after service of the motion.

11 This Stipulation is not entered into for purposes of delay, and will not alter the date of any
12 event or any deadline already fixed by Court order. By entering into this stipulation, neither
13 Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

14 The Stipulation may be executed in counterparts and by facsimile signature, each of which,
15 when executed, shall be an original and all of which together shall constitute one and the same
16 stipulation. This Stipulation contains the entire agreement among the parties. The undersigned
17 hereby consent to the terms set forth in the foregoing Stipulation.

18 IT IS SO STIPULATED AND AGREED.

19 Dated:  July 9, 2007                FISH & RICHARDSON P.C.

21                                    By: /s/ David J. Miclean
                                          David J. Miclean

23                                    Attorneys for Defendants
                                      BANK OF AMERICA, N.A. and BANK OF
                                      AMERICA TECHNOLOGY AND
24                                    OPERATIONS, INC.

26 ///
27 ///
28 ///

1 | Dated: July 9, 2007                TRIAL AND TECHNOLOGY LAW GROUP

By: /s/ Robert A. Spanner
    Robert A. Spanner

Attorney for Plaintiff
IP SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____,2007        _____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

50424977.doc