| Attorney or Party without Attorney: Trial & Technology Group  545 Middlefield Rd.  Ste. 220  Menlo Park, CA 94025  Telephone No: 650 324-2223    FAX No: 650 324-0178 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District - San Francisco | |
| Plaintiff: IP Solutions  Defendant: Bank of America | |

| PROOF OF SERVICE SUMMONS IN CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: C072774 JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case, Complaint; Order Setting Initial Case Management Conference: Adr Dispute Resolution Procedures In The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge: Reassignment Order; Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Case Management Statement: Standing Order Regarding Case Management In Civil Cases; Standing Order Re Pretrial Preparation; Welcome To The United States District Court, San Francisco; Ecf Registration Information Handout.

3. a. Party served:          Bank of America, N.A.. by serving CT Corporation System, Agent for Service
   b. Person served:          Margaret Wilson, Authorized to Accept Service

4. Address where the party was served:     818 West Seventh Street
                                           Los Angeles, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 22. 2007 (2) at: 3:00PM

7. Person Who Served Papers:                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bruce Anderson                            d.  The Fee for Service was:   $100.00
   b. Bender's Legal Service                    e.  I am: (3) registered California process server
      LRS Investigations. PI 16723                  (i)   Independent Contractor
      1625 The Alameda, Ste. 511                    (ii)  Registration No.:    3991
      San Jose, CA 95126                            (iii) County:              Los Angeles
   c. 408 286-4182, FAX 408 298-4484

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Jun. 25, 2007

   Judicial Council Form                        PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS IN CIVIL              (Bruce Anderson)        trial.151271