**E-filed 7/16/07**

1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Christina D. Jordan (CSB# 245944/cjordan@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Defendants
   BANK OF AMERICA, N.A. and BANK OF
6  AMERICA TECHNOLOGY AND
   OPERATIONS, INC.

7

8  Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
   TRIAL & TECHNOLOGY LAW GROUP
9  A Professional Corporation
   545 Middlefield Road, Suite 220
10 Menlo Park, CA 94025
   Telephone: (650) 324-2223
11 Facsimile:  (650) 324-0178

12 Attorneys for Plaintiff
   IP SOLUTIONS, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           (SAN JOSE DIVISION)

17

| | |
|---|---|
| 18  IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
| 19                    Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT** |
| 20  v. | |
| 21  BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation, | |
| 25                    Defendants. | |

26

27       TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF

28 RECORD:

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that Defendants be granted an additional fifteen (15) days in which to respond to Plaintiff's Complaint in the above-captioned matter.

Based on this Stipulation and [Proposed] Order, the date by which Defendants must respond to Plaintiff's Complaint shall be extended to Friday, July 27, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the time period for noticing a motion filed in response to the Complaint for hearing pursuant to Local Rule 7-2 shall be extended to forty-two (42) days after service of the motion.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order.  By entering into this stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

The Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

Dated:  July 9, 2007                FISH & RICHARDSON P.C.


                                    By: /s/ David J. Miclean
                                        David J. Miclean

                                    Attorneys for Defendants
                                    BANK OF AMERICA, N.A. and BANK OF
                                    AMERICA TECHNOLOGY AND
                                    OPERATIONS, INC.


/ / /

/ / /

/ / /

| | |
|---|---|
| 1  Dated: July 9, 2007 | TRIAL AND TECHNOLOGY LAW GROUP |

By: /s/ Robert A. Spanner
    Robert A. Spanner

Attorney for Plaintiff
IP SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __7/16/07_____,2007          _____
                                                HONORABLE JEREMY FOGEL
                                                JUDGE OF THE UNITED STATES DISTRICT COURT

50424977.doc

3
STIPULATION & [PROPOSED] ORDER EXTENDING TIME FOR
DEFS. TO RESPOND TO PLS.' COMPLAINT
Case No. 07-CV-2774 (JF)