| | |
|---|---|
| 1 | David J. Miclean (CSB# 115098/miclean@fr.com) |
| 2 | Christina D. Jordan (CSB# 245944/cjordan@fr.com)<br>FISH & RICHARDSON P.C. |
| 3 | 500 Arguello St., Suite 500<br>Redwood City, CA 94063 |
| 4 | Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| 5 | Attorneys for Defendants |
| 6 | BANK OF AMERICA, N.A. and BANK OF<br>AMERICA TECHNOLOGY AND |
| 7 | OPERATIONS, INC. |
| 8 | Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com) |
| 9 | TRIAL & TECHNOLOGY LAW GROUP<br>A Professional Corporation |
| 10 | 545 Middlefield Road, Suite 220<br>Menlo Park, CA 94025 |
| 11 | Telephone: (650) 324-2223<br>Facsimile:  (650) 324-0178 |
| 12 | Attorneys for Plaintiff |
| 13 | IP SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| 18 | IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
| 19 | | |
| 20 | Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT** |
| 21 | v. | |
| 22 | BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF | |
| 23 | AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware | |
| 24 | corporation, | |
| 25 | Defendants. | |

27   TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF

28   RECORD:

1     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that Defendants be granted an additional nineteen (19) days in which to respond to Plaintiff's Complaint in the above-captioned matter.

    Based on this Stipulation and [Proposed] Order, the date by which Defendants must respond to Plaintiff's Complaint shall be extended to Tuesday, July 31, 2007.

    IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the time period for noticing a motion filed in response to the Complaint for hearing pursuant to Local Rule 7-2 shall be extended to forty-two (42) days after service of the motion.

    This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order. By entering into this stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

    The Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation. This Stipulation contains the entire agreement among the parties. The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

    IT IS SO STIPULATED AND AGREED.

Dated: July 27, 2007          FISH & RICHARDSON P.C.

                                             By: /s/ David J. Miclean
                                                  David J. Miclean

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

/ / /

/ / /

/ / /

AMENDED STIPULATION & [PROPOSED] ORDER EXTENDING
TIME FOR DEFS. TO RESPOND TO PLS.' COMPLAINT
Case No. 07-CV-2774 (JF)

1  Dated: July 27, 2007                    TRIAL AND TECHNOLOGY LAW GROUP

                                           By: /s/ Robert A. Spanner
                                               Robert A. Spanner

                                           Attorney for Plaintiff
                                           IP SOLUTIONS, INC.


**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.


Dated: July 27, 2007                       FISH & RICHARDSON P.C.


                                           By: /s/ David J. Miclean
                                               David J. Miclean

                                           Attorneys for Defendants
                                           BANK OF AMERICA, N.A. and BANK OF
                                           AMERICA TECHNOLOGY AND
                                           OPERATIONS, INC.


        PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____,2007
                                           _____
                                           HONORABLE JEREMY FOGEL
                                           JUDGE OF THE UNITED STATES DISTRICT COURT


50428953.doc