| | |
|---|---|
| 1 | David J. Miclean (CSB# 115098/miclean@fr.com) |
| | Christina D. Jordan (CSB# 245944/cjordan@fr.com) |
| 2 | FISH & RICHARDSON P.C. |
| | 500 Arguello St., Suite 500 |
| 3 | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| 4 | Facsimile: (650) 839-5071 |
| 5 | Attorneys for Defendants |
| | BANK OF AMERICA, N.A. and BANK OF |
| 6 | AMERICA TECHNOLOGY AND |
| | OPERATIONS, INC. |
| 7 | |
| 8 | Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com) |
| | TRIAL & TECHNOLOGY LAW GROUP |
| 9 | A Professional Corporation |
| | 545 Middlefield Road, Suite 220 |
| 10 | Menlo Park, CA 94025 |
| | Telephone: (650) 324-2223 |
| 11 | Facsimile: (650) 324-0178 |
| 12 | Attorneys for Plaintiff |
| | IP SOLUTIONS, INC. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| 18 | IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
| 19 | | |
| | Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT** |
| 20 | | |
| | v. | |
| 21 | | |
| 22 | BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND | |
| 23 | OPERATIONS, INC., a Delaware corporation, | |
| 24 | | |
| 25 | Defendants. | |

27     TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF

28 RECORD:

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that Defendants be granted an additional nineteen (19) days in which to respond to Plaintiff's Complaint in the above-captioned matter.

Based on this Stipulation and [Proposed] Order, the date by which Defendants must respond to Plaintiff's Complaint shall be extended to Tuesday, July 31, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the time period for noticing a motion filed in response to the Complaint for hearing pursuant to Local Rule 7-2 shall be extended to forty-two (42) days after service of the motion.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order. By entering into this stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

The Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation. This Stipulation contains the entire agreement among the parties. The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

Dated: July 27, 2007                FISH & RICHARDSON P.C.


By: /s/ David J. Miclean
    David J. Miclean

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF
AMERICA TECHNOLOGY AND
OPERATIONS, INC.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1  Dated: July 27, 2007 | TRIAL AND TECHNOLOGY LAW GROUP |

Dated: July 27, 2007                TRIAL AND TECHNOLOGY LAW GROUP


By: /s/ Robert A. Spanner
    Robert A. Spanner

Attorney for Plaintiff
IP SOLUTIONS, INC.


**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.


Dated: July 27, 2007                FISH & RICHARDSON P.C.


By: /s/ David J. Miclean
    David J. Miclean

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/31    ,2007

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

50428953.doc