1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Christina D. Jordan (CSB# 245944/cjordan@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Defendants
   BANK OF AMERICA, N.A. and BANK OF
6  AMERICA TECHNOLOGY AND
   OPERATIONS, INC.
7

8  Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
   TRIAL & TECHNOLOGY LAW GROUP
9  A Professional Corporation
   545 Middlefield Road, Suite 220
10 Menlo Park, CA 94025
   Telephone: (650) 324-2223
11 Facsimile:  (650) 324-0178

12 Attorneys for Plaintiff
   IP SOLUTIONS, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          (SAN JOSE DIVISION)

17

18 | IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation, | |
| Defendants. | |

1  TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF
2  RECORD:
3  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS,
4  INC. ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA
5  TECHNOLOGY AND OPERATIONS, INC. ("Defendants") that the Case Management
6  Conference be continued by two (2) months from its originally-scheduled date of August 29, 2007,
7  up to and until October 29, 2007, or to a later date that is convenient for the Court.
8  IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and
9  Defendants that, pursuant to this Stipulation continuing the Case Management Conference, the case
10 schedule dates be modified as set forth in Exhibit A, attached hereto.
11 Plaintiff and Defendants desire to pursue settlement opportunities in this matter and require
12 additional time in which to organize, schedule, and conduct mediation efforts.  In particular,
13 Plaintiff and Defendants are currently discussing the possibility of using the services of JAMS to
14 facilitate mediation.  The parties are investigating the availability of local JAMS mediators for the
15 month of September, and have already identified at least two individuals with availability in that
16 timeframe.  This Stipulation is therefore requested for good cause, namely, for the purposes of
17 pursuing opportunities for settlement, and is not entered into for purposes of delay.
18 The parties previously stipulated that Defendants be granted an additional fifteen (15) days
19 in which to respond to Plaintiff's Complaint, up to July 27, 2007.  The parties further stipulated that
20 Defendants be granted an additional four (4) days in which to respond to Plaintiff's Complaint, up
21 to July 31, 2007.
22 By entering into this stipulation, neither Plaintiff nor Defendants waive any rights, claims or
23 defenses they may have in this action.
24 This Stipulation may be executed in counterparts and by facsimile signature, each of which,
25 when executed, shall be an original and all of which together shall constitute one and the same
26 stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned
27 hereby consent to the terms set forth in the foregoing Stipulation.
28 / / /

1     IT IS SO STIPULATED AND AGREED.

2 Dated: August 3, 2007     FISH & RICHARDSON P.C.

By: /s/ Christina D. Jordan
    Christina D. Jordan

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

Dated: August 3, 2007     TRIAL AND TECHNOLOGY LAW GROUP

By: /s/ Robert A. Spanner
    Robert A. Spanner

Attorney for Plaintiff
IP SOLUTIONS, INC.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.

Dated: August 3, 2007     FISH & RICHARDSON P.C.

By: /s/ Christina D. Jordan
    Christina D. Jordan

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

Stip and Prop Order Continuing CMC.doc