# EXHIBIT A

[PROPOSED] AMENDED CASE SCHEDULE – ADR MULTI-OPTION PROGRAM
Case No. 07-CV-2774 (JF)

Pursuant to the attached Stipulation continuing the Case Management Conference, the parties propose to modify the case schedule dates as follows.

| Docket Event | Proposed Date | Original Date |
| --- | --- | --- |
| Last day to:<br>• meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L. R. 3-5 on initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, pursuant to Civil L.R. 16-8 | 10/8/07 | 8/8/07 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement, pursuant to Civil L.R. 16-9 | 10/22/07 | 8/22/07 |
| Initial Case Management Conference | 10/29/07 | 8/29/07 |

50430092.doc