1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Christina D. Jordan (CSB# 245944/cjordan@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Defendants
   BANK OF AMERICA, N.A. and BANK OF
6  AMERICA TECHNOLOGY AND
   OPERATIONS, INC.
7

8  Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
   TRIAL & TECHNOLOGY LAW GROUP
9  A Professional Corporation
   545 Middlefield Road, Suite 220
10 Menlo Park, CA 94025
   Telephone: (650) 324-2223
11 Facsimile:  (650) 324-0178

12 Attorneys for Plaintiff
   IP SOLUTIONS, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          (SAN JOSE DIVISION)

17

| | |
|---|---|
| 18  IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
| 19               Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' CONFERENCE PURSUANT TO FED. R. CIV. PROC. 26(f)** |
| 20        v. | |
| 21  BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation, | |
| 22 | |
| 23 | |
| 24 | |
| 25              Defendants. | |

26

27      TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF

28 RECORD:

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS,
2   INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA
3   TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that the parties' conference pursuant
4   to Fed. R. Civ. Proc. 26(f), currently scheduled for August 10, 2007, be continued up to and until
5   August 17, 2007.

6   Currently pending before the Court is a Joint Stipulation and Proposed Order Continuing the
7   Initial Case Management Conference, filed by the parties on August 3, 2007.  In this Stipulation, the
8   parties agreed that the Case Management Conference be continued by two (2) months from its
9   originally-scheduled date of August 29, 2007, up to and until October 29, 2007.  The parties desire
10  to pursue settlement opportunities in this matter, and requested the continuance for the purpose of
11  obtaining additional time in which to organize, schedule, and conduct mediation efforts with local
12  JAMS mediators.  A conference under Fed. R. Civ. Proc. 26(f) will not be necessary at this stage of
13  the proceedings if the Court grants the stipulated continuance.  Therefore, the parties desire to
14  continue the 26(f) conference pending the Court's decision on the stipulated continuance.

15  This Stipulation is not entered into for purposes of delay, and will not alter the date of any
16  event or any deadline already fixed by Court order.  By entering into this Stipulation, neither
17  Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

18  This Stipulation may be executed in counterparts and by facsimile signature, each of which,
19  when executed, shall be an original and all of which together shall constitute one and the same
20  stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned
21  hereby consent to the terms set forth in the foregoing Stipulation.

22  IT IS SO STIPULATED AND AGREED.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Dated: August 10, 2007                FISH & RICHARDSON P.C.

2

3                                         By: /s/ Christina D. Jordan
                                               Christina D. Jordan
4
                                          Attorneys for Defendants
5                                         BANK OF AMERICA, N.A. and BANK OF
                                          AMERICA TECHNOLOGY AND
6                                         OPERATIONS, INC.

7

8

9  Dated: August 10, 2007                TRIAL AND TECHNOLOGY LAW GROUP

10

11
                                          By: /s/ Robert A. Spanner
12                                             Robert A. Spanner

13                                        Attorney for Plaintiff
                                          IP SOLUTIONS, INC.
14

15

16                         **DECLARATION OF CONSENT**

17      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

18  of perjury that concurrence in the filing of this document has been obtained from Robert A.

19  Spanner.

20  Dated: August 10, 2007                FISH & RICHARDSON P.C.

21

22                                         By: /s/ Christina D. Jordan
                                               Christina D. Jordan
23
                                          Attorneys for Defendants
24                                        BANK OF AMERICA, N.A. and BANK OF
                                          AMERICA TECHNOLOGY AND
25                                        OPERATIONS, INC.

26  / / /

27  / / /

28  / / /

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____,2007

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

50431400.doc