1  Robert A. Spanner, Esq. (State Bar No. 60308)
   TRIAL & TECHNOLOGY LAW GROUP
2  A Professional Corporation
   545 Middlefield Road, Suite 220
3  Menlo Park, CA 94025
   Telephone:    (650) 324-2223
4  Facsimile:    (650) 324-0178

5  Attorneys for Plaintiff
   IP SOLUTIONS, INC.
6

7
   David J. Miclean (State Bar No. 115098
8  Christina D. Jordan (State Bar No. 245944)
   FISH & RICHARDSON P.C.
9  500 Arguello St., Suite 500
   Redwood City, CA 94063
10 Telephone:    (650) 839-5070
   Facsimile:    (650) 839-5071
11 Attorneys for Defendants BANK OF AMERICA, N.A.
   and BANK OF AMERICA TECHNOLOGY
12 AND OPERATIONS, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17
   IP SOLUTIONS, INC.,                ) Case No.  07-CV-2774 JF (RS)
18                                    )
            Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
19                                    ) **ORDER EXTENDING TIME IN**
       vs.                             ) **WHICH PLAINTIFF MAY**
20                                    ) **RESPOND TO DEFENDANTS'**
   BANK OF AMERICA, N.A., *et al.*,   ) **COUNTERCLAIMS**
21                                    )
            Defendants.                )
22 _____ )

23
            TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS
24
   OF RECORD:
25
            IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff IP
26
27 SOLUTIONS, INC. ("IPS") and Defendants BANK OF AMERICA, N.A. and BANK OF

28 _____
   Stip. & Order Extending Time To Respond
   to Counterclaims – Case No. 07-CV-2774 JF (RS)        1

AMERICA TECHNOLOGY AND OPERATIONS, INC. (together, "BANK OF AMERICA") that IPS be granted an additional sixteen (16) days in which to respond to BANK OF AMERICA'S Counterclaims in the above-captioned matter.

Based on this Stipulation and [Proposed] Order, the date by which IPS must respond to BANK OF AMERICA'S Counterclaims shall be extended to Tuesday, September 4, 2007.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order. By entering into this stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action. The Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation. This Stipulation contains the entire agreement among the parties. The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.


Dated: _____        TRIAL & TECHNOLOGY LAW GROUP
                                    A Professional Corporation
                                    Attorneys for Plaintiff
                                    IP SOLUTIONS, INC.


                                    By: _____
                                          Robert A. Spanner

Stip. & Order Extending Time To Respond
to Counterclaims – Case No. 07-CV-2774 JF (RS)        2

Dated: _____  FISH & RICHARDSON P.C.
Attorneys for Defendants BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

By: _____
       David J. Miclean

### **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christina D. Jordan.

Dated: _____  TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
IP SOLUTIONS, INC.

By: _____
       Robert A. Spanner

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____,2007    _____
JUDGE OF THE UNITED STATES DISTRICT COURT

Stip. & Order Extending Time To Respond
to Counterclaims – Case No. 07-CV-2774 JF (RS)        3