1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Christina D. Jordan (CSB# 245944/cjordan@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Defendants
   BANK OF AMERICA, N.A. and BANK OF
6  AMERICA TECHNOLOGY AND
   OPERATIONS, INC.
7

8  Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
   TRIAL & TECHNOLOGY LAW GROUP
9  A Professional Corporation
   545 Middlefield Road, Suite 220
10 Menlo Park, CA 94025
   Telephone: (650) 324-2223
11 Facsimile:  (650) 324-0178

12 Attorneys for Plaintiff
   IP SOLUTIONS, INC.
13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                     (SAN JOSE DIVISION)

17

| | |
|---|---|
| 18  IP SOLUTIONS, INC., a Delaware corporation, | Case No. 07-CV-2774 (JF) |
| 19                         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| 20 | |
| 21        v. | |
| 22  BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation, | |
| 23 | |
| 24 | |
| 25 | |
| 26                        Defendants. | |
| 27 | |
| 28 | |

1   TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF
2   RECORD:
3   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS,
4   INC. ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA
5   TECHNOLOGY AND OPERATIONS, INC. ("Defendants") that the Case Management
6   Conference be continued by two (2) months from its originally-scheduled date of August 29, 2007,
7   up to and until October 26, 2007, or to a later date that is convenient for the Court.
8   IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and
9   Defendants that, pursuant to this Stipulation continuing the Case Management Conference, the case
10  schedule dates be modified as set forth in Exhibit A, attached hereto.
11  Plaintiff and Defendants desire to pursue settlement opportunities in this matter and require
12  additional time in which to organize, schedule, and conduct mediation efforts.  In particular,
13  Plaintiff and Defendants are currently discussing the possibility of using the services of JAMS to
14  facilitate mediation.  The parties are investigating the availability of local JAMS mediators for the
15  month of September, and have already identified at least two individuals with availability in that
16  timeframe.  This Stipulation is therefore requested for good cause, namely, for the purposes of
17  pursuing opportunities for settlement, and is not entered into for purposes of delay.
18  The parties previously stipulated that Defendants be granted an additional fifteen (15) days
19  in which to respond to Plaintiff's Complaint, up to July 27, 2007.  The parties further stipulated that
20  Defendants be granted an additional four (4) days in which to respond to Plaintiff's Complaint, up
21  to July 31, 2007.
22  By entering into this stipulation, neither Plaintiff nor Defendants waive any rights, claims or
23  defenses they may have in this action.
24  This Stipulation may be executed in counterparts and by facsimile signature, each of which,
25  when executed, shall be an original and all of which together shall constitute one and the same
26  stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned
27  hereby consent to the terms set forth in the foregoing Stipulation.
28  / / /

1  IT IS SO STIPULATED AND AGREED.

2  Dated: August 3, 2007                FISH & RICHARDSON P.C.

4                                       By: /s/ Christina D. Jordan
                                            Christina D. Jordan

6                                       Attorneys for Defendants
                                        BANK OF AMERICA, N.A. and BANK OF
                                        AMERICA TECHNOLOGY AND
7                                       OPERATIONS, INC.

10 Dated: August 3, 2007                TRIAL AND TECHNOLOGY LAW GROUP

12                                      By: /s/ Robert A. Spanner
                                            Robert A. Spanner

14                                      Attorney for Plaintiff
                                        IP SOLUTIONS, INC.

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.

22 Dated: August 3, 2007                FISH & RICHARDSON P.C.

24                                      By: /s/ Christina D. Jordan
                                            Christina D. Jordan

25                                      Attorneys for Defendants
                                        BANK OF AMERICA, N.A. and BANK OF
                                        AMERICA TECHNOLOGY AND
                                        OPERATIONS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2  The Case Management Conference is continued to 10/26/07 at 10:30.

3  Dated: __8/27_____,2007          _____
4                                      HONORABLE JEREMY FOGEL
                                       JUDGE OF THE UNITED STATES DISTRICT COURT

7  Stip and Prop Order Continuing CMC.doc