1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert A. Spanner, Esq. (State Bar No. 60308)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone:     (650) 324-2223
Facsimile:     (650) 324-0178

Attorneys for Plaintiff
IP SOLUTIONS, INC.


David J. Miclean (State Bar No. 115098)
Christina D. Jordan (State Bar No. 245944)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone:     (650) 839-5070
Facsimile:     (650) 839-5071
Attorneys for Defendants BANK OF AMERICA, N.A.
and BANK OF AMERICA TECHNOLOGY
AND OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IP SOLUTIONS, INC., | ) | Case No.   07-CV-2774 JF (RS) |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | ) ) ) | **ORDER EXTENDING TIME IN WHICH PLAINTIFF MAY RESPOND TO DEFENDANTS'** |
| BANK OF AMERICA, N.A., *et al.*, | ) ) | **COUNTERCLAIMS** |
| Defendants. | ) ) | |
| _____ | ) | |

        TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS

OF RECORD:

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff IP

SOLUTIONS, INC. ("IPS") and Defendants BANK OF AMERICA, N.A. and BANK OF

1  AMERICA TECHNOLOGY AND OPERATIONS, INC. (together, "BANK OF

2  AMERICA") that IPS be granted an additional sixteen (16) days in which to respond to

3  BANK OF AMERICA'S Counterclaims in the above-captioned matter.

4
5       Based on this Stipulation and [Proposed] Order, the date by which IPS must

6  respond to BANK OF AMERICA'S Counterclaims shall be extended to Tuesday,

7  September 4, 2007.

8       This Stipulation is not entered into for purposes of delay, and will not alter the date

9  of any event or any deadline already fixed by Court order.  By entering into this stipulation,

10 neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this

11 action. The Stipulation may be executed in counterparts and by facsimile signature, each of

12 which, when executed, shall be an original and all of which together shall constitute one

13 and the same stipulation.  This Stipulation contains the entire agreement among the parties.

14 The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

15
16       IT IS SO STIPULATED AND AGREED.

17
18                    8/17/2007
   Dated: _____        TRIAL & TECHNOLOGY LAW GROUP
19                                       A Professional Corporation
                                         Attorneys for Plaintiff
20                                       IP SOLUTIONS, INC.

21
                                           /s/ Robert A. Spanner
22                                      By: _____
23                                          Robert A. Spanner

24
25
26
27
28
   _____
   Stip. & Order Extending Time To Respond
   to Counterclaims – Case No. 07-CV-2774 JF (RS)      2

1

2

3    Dated: 8/17/2007
     _____          FISH & RICHARDSON P.C.

4                                  Attorneys for Defendants BANK OF AMERICA,
                                   N.A. and BANK OF AMERICA TECHNOLOGY
5                                  AND OPERATIONS, INC.

6

7                                  By: _____
                                         /s/
8                                        David J. Miclean

9                      **DECLARATION OF CONSENT**

10

11        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

12   penalty of perjury that concurrence in the filing of this document has been obtained from

13   Christina D. Jordan.

14   Dated: 8/17/2007
     _____          TRIAL & TECHNOLOGY LAW GROUP

15                                  A Professional Corporation
                                   Attorneys for Plaintiff
16                                  IP SOLUTIONS, INC.

17                                         /s/ Robert A. Spanner
                                   By: _____
18                                       Robert A. Spanner

19

20                           **ORDER**

21

22        PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24   Dated: _8/27/07_____,2007    _____

25                                  JUDGE OF THE UNITED STATES DISTRICT
                                   COURT , JEREMY FOGEL
26

27

28   _____
     Stip. & Order Extending Time To Respond
     to Counterclaims – Case No. 07-CV-2774 JF (RS)        3