David J. Miclean (CSB# 115098/miclean@fr.com)
Christina D. Jordan (CSB# 245944/cjordan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

**E-filed 8/27/07**

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF
AMERICA TECHNOLOGY AND
OPERATIONS, INC.


Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone: (650) 324-2223
Facsimile:  (650) 324-0178

Attorneys for Plaintiff
IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IP SOLUTIONS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation,<br><br>             Defendants. | Case No. 07-CV-2774 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' CONFERENCE PURSUANT TO FED. R. CIV. PROC. 26(f)** |

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS,
2  INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA
3  TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that the parties' conference pursuant
4  to Fed. R. Civ. Proc. 26(f), currently scheduled for August 10, 2007, be continued up to and until
5  August 17, 2007.

6  Currently pending before the Court is a Joint Stipulation and Proposed Order Continuing the
7  Initial Case Management Conference, filed by the parties on August 3, 2007. In this Stipulation, the
8  parties agreed that the Case Management Conference be continued by two (2) months from its
9  originally-scheduled date of August 29, 2007, up to and until October 26, 2007. The parties desire
10 to pursue settlement opportunities in this matter, and requested the continuance for the purpose of
11 obtaining additional time in which to organize, schedule, and conduct mediation efforts with local
12 JAMS mediators. A conference under Fed. R. Civ. Proc. 26(f) will not be necessary at this stage of
13 the proceedings if the Court grants the stipulated continuance. Therefore, the parties desire to
14 continue the 26(f) conference pending the Court's decision on the stipulated continuance.

15 This Stipulation is not entered into for purposes of delay, and will not alter the date of any
16 event or any deadline already fixed by Court order. By entering into this Stipulation, neither
17 Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

18 This Stipulation may be executed in counterparts and by facsimile signature, each of which,
19 when executed, shall be an original and all of which together shall constitute one and the same
20 stipulation. This Stipulation contains the entire agreement among the parties. The undersigned
21 hereby consent to the terms set forth in the foregoing Stipulation.

22 IT IS SO STIPULATED AND AGREED.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated: August 10, 2007 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Christina D. Jordan |
| 4 | | Christina D. Jordan |
| 5 | | Attorneys for Defendants<br>BANK OF AMERICA, N.A. and BANK OF |
| 6 | | AMERICA TECHNOLOGY AND<br>OPERATIONS, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: August 10, 2007 | TRIAL AND TECHNOLOGY LAW GROUP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Robert A. Spanner<br>Robert A. Spanner |
| 13 | | Attorney for Plaintiff<br>IP SOLUTIONS, INC. |
| 14 | | |

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.

| | | |
|---|---|---|
| 20 | Dated: August 10, 2007 | FISH & RICHARDSON P.C. |
| 21 | | |
| 22 | | By: /s/ Christina D. Jordan |
| 23 | | Christina D. Jordan |
| 24 | | Attorneys for Defendants<br>BANK OF AMERICA, N.A. and BANK OF |
| 25 | | AMERICA TECHNOLOGY AND<br>OPERATIONS, INC. |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___8/27___, 2007    _____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

50431400.doc