Robert A. Spanner, Esq. (State Bar No. 60308)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone:   (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Plaintiff
IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IP SOLUTIONS, INC., | Case No.   07-CV-02774 JF (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants") that the Case Management Conference be continued for one month from its presently-scheduled date of October 26, 2007, until after November 30, 2007, or to a later date that is convenient for the Court.

Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)                       1

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, pursuant to this Stipulation continuing the Case Management Conference, the case schedule dates be modified as set forth in Exhibit A, attached hereto. Plaintiff and Defendants desire to pursue settlement opportunities in this matter and have scheduled a mediation for October 22, 2007 utilizing the services of a JAMS mediator.

This Stipulation is therefore requested for good cause, namely, for the purposes of pursuing opportunities for settlement, and because Defendants' counsel has a trial scheduled to begin the week of November 26, 2007, and is not entered into for purposes of delay. The parties previously stipulated that Defendants be granted an additional fifteen (15) days in which to respond to Plaintiff's Complaint, up to July 27, 2007. The parties further stipulated that Defendants be granted an additional four (4) days in which to respond to Plaintiff's Complaint, up to July 31, 2007. In addition the parties stipulated that the original case management conference be continued for two months, from its originally-scheduled date of August 29, 2007. The Court issued an Order granting that continuance on August 27, 2007.

By entering into this stipulation, neither Plaintiff nor Defendants waive any rights, claims or defenses they may have in this action. This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation. This Stipulation contains the entire agreement among the parties. The undersigned hereby consent to the

Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)           2

terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

Dated: _____   TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
IP SOLUTIONS, INC.


By: _____
      Robert A. Spanner


Dated: _____   FISH & RICHARDSON, P.C.
Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF
AMERICA TECHNOLOGY AND OPERATIONS,
INC.


By: _____
      Christina D. Jordan


### **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christina D. Jordan.

Dated: _____   TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
IP SOLUTIONS, INC.


By: _____
      Robert A. Spanner

Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)                3

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 Dated: _____    _____
HONORABLE JEREMY FOGEL  JUDGE OF THE
6 UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)            4