EXHIBIT A

**[PROPOSED] AMENDED CASE SCHEDULE – ADR MULTI-OPTION PROGRAM**

Case No. 07-CV-02774 JF (RS)

Pursuant to the attached Stipulation continuing the Case Management Conference, the parties propose to modify the case schedule dates as follows.

| **Docket Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| Last day to:<br>• meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L. R. 3-5 on initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, pursuant to Civil L.R. 16-8 | October 5, 2007 | November 7, 2007 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement, pursuant to Civil L.R. 16-9 | October 19, 2007 | November 21, 2007 |
| Initial Case Management Conference | October 26, 2007 | _____<br>(after November 30, 2007) |