David J. Miclean (CSB# 115098/miclean@fr.com)
Christina D. Jordan (CSB# 245944/cjordan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF
AMERICA TECHNOLOGY AND
OPERATIONS, INC.

Robert A. Spanner, Esq. (CSB# 60308/ras@techtriallaw.com)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone: (650) 324-2223
Facsimile:  (650) 324-0178

Attorneys for Plaintiff
IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IP SOLUTIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a National Banking Association Member; BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 07-CV-2774 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' CONFERENCE PURSUANT TO FED. R. CIV. PROC. 26(f)** |

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff"), and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants"), that the parties' conference pursuant to Fed. R. Civ. Proc. 26(f), currently scheduled for December 7, 2007, be continued up to and until December 21, 2007, or to a later date at the Court's convenience.

The parties desire to continue the 26(f) conference due to counsel for Defendants' conflicting and unavoidable trial obligations in another matter. Specifically, counsel for Defendants are in trial in the District of Delaware up to and until December 14, 2007.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation. This Stipulation contains the entire agreement among the parties. The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | Dated: November 30, 2007 | FISH & RICHARDSON P.C. |

By: /s/ Christina D. Jordan
    Christina D. Jordan

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

Dated: November 30, 2007    TRIAL AND TECHNOLOGY LAW GROUP

By: /s/ Robert A. Spanner
    Robert A. Spanner

Attorney for Plaintiff
IP SOLUTIONS, INC.

### **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Spanner.

Dated: November 30, 2007    FISH & RICHARDSON P.C.

By: /s/ Christina D. Jordan
    Christina D. Jordan

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC.

/ / /

/ / /

/ / /

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____,2007

HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

50451885.doc