1  Robert A. Spanner, Esq. (State Bar No. 60308)
   TRIAL & TECHNOLOGY LAW GROUP
2  A Professional Corporation
   545 Middlefield Road, Suite 220
3  Menlo Park, CA 94025
   Telephone:    (650) 324-2223
4  Facsimile:    (650) 324-0178

5  Attorneys for Plaintiff
   IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IP SOLUTIONS, INC., | Case No. 07-CV-02774 JF (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants") that the Case Management Conference be continued for one month from its presently-scheduled date of January 25, 2008, up to and until February 29, 2008, or to a later date that is convenient for the Court.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, pursuant to this Stipulation continuing the Case Management Conference that this Stipulation is requested for good cause, in that representatives of Plaintiff IP Solutions and Bank of America have conferred directly regarding settlement of this action, and Plaintiff is submitting comprehensive terms for a settlement on January 11, 2008.

The following time modifications have been made in this case:

– the parties previously stipulated that Defendants be granted an additional fifteen (15) days in which to respond to Plaintiff's Complaint, up to July 27, 2007;

– the parties further stipulated that Defendants be granted an additional four (4) days in which to respond to Plaintiff's Complaint, up to July 31, 2007;

– the parties stipulated that the original case management conference be continued for two months, from its originally-scheduled date of August 29, 2007. The Court issued an Order granting that continuance on August 27, 2007;

– the parties stipulated that the initial case management conference be continued for one month, and the Court granted that continuance on October 3, 2007, scheduling the case management conference for October 26, 2007. The Court then issued a Clerk's Notice rescheduling the conference for December 7, 2007;

– the parties stipulated to continue their Rule 26(f) conference, up to December 21, 2007. On December 4, 2007, the Court issued an order granting that Stipulation and continuing the case management conference to January 25, 2008.

Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)                 2

Because the parties filed their Joint Case Management Statement on November 30, 2007, granting this Stipulation and Order to continue the case management conference will have no other effect on the schedule for this case.

By entering into this stipulation, neither Plaintiff nor Defendants waive any rights, claims or defenses they may have in this action.  This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

Dated: _____          TRIAL & TECHNOLOGY LAW GROUP
                                  A Professional Corporation
                                  Attorneys for Plaintiff
                                  IP SOLUTIONS, INC.


                                  By: _____
                                        Robert A. Spanner


Dated: _____          FISH & RICHARDSON, P.C.
                                  Attorneys for Defendants
                                  BANK OF AMERICA, N.A. and BANK OF
                                  AMERICA TECHNOLOGY AND OPERATIONS,
                                  INC.


                                  By: _____
                                        Christina D. Jordan

_____
Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)                3

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christina D. Jordan.

Dated: _____        TRIAL & TECHNOLOGY LAW GROUP
                                            A Professional Corporation
                                            Attorneys for Plaintiff
                                            IP SOLUTIONS, INC.

By: _____
     Robert A. Spanner

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                            HONORABLE JEREMY FOGEL  JUDGE OF THE
                                            UNITED STATES DISTRICT COURT