1 | Robert A. Spanner, Esq. (State Bar No. 60308)        *efiled 2/26/08
TRIAL & TECHNOLOGY LAW GROUP
2 | A Professional Corporation
545 Middlefield Road, Suite 220
3 | Menlo Park, CA 94025
Telephone:    (650) 324-2223
4 | Facsimile:     (650) 324-0178

5 | Attorneys for Plaintiff
IP SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IP SOLUTIONS, INC., ) Case No.  07-CV-02774 JF (RS)
 )
    Plaintiff, ) **STIPULATION AND [PROPOSED]**
 ) **ORDER CONTINUING INITIAL**
vs. ) **CASE MANAGEMENT**
 ) **CONFERENCE**
BANK OF AMERICA, N.A., *et al.*, )
 )
    Defendants. )
 )

TO THE COURT, TO ALL PARTIES, AND TO THE PARTIES' ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, IP SOLUTIONS, INC. ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. and BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. ("Defendants") that the Case Management Conference be continued for one month from its presently-scheduled date of February 29, 2008, up to and until March 28, 2008, or to a later date that is convenient for the Court.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, pursuant to this Stipulation continuing the Case Management Conference that this Stipulation is requested for good cause, in that representatives of Plaintiff IP Solutions and Bank of America have conferred directly regarding settlement of this action, and are in the process of negotiating terms of a comprehensive settlement.

The following time modifications have been made in this case:

– the parties previously stipulated that Defendants be granted an additional fifteen (15) days in which to respond to Plaintiff's Complaint, up to July 27, 2007;

– the parties further stipulated that Defendants be granted an additional four (4) days in which to respond to Plaintiff's Complaint, up to July 31, 2007;

– the parties stipulated that the original case management conference be continued for two months, from its originally-scheduled date of August 29, 2007.  The Court issued an Order granting that continuance on August 27, 2007;

– the parties stipulated that the initial case management conference be continued for one month, and the Court granted that continuance on October 3, 2007, scheduling the case management conference for October 26, 2007.  The Court then issued a Clerk's Notice rescheduling the conference for December 7, 2007;

– the parties stipulated to continue their Rule 26(f) conference, up to December 21, 2007.  On December 4, 2007, the Court issued an order granting that Stipulation and continuing the case management conference to January 25, 2008.

– the parties stipulated to continue the Initial Case Management Conference, up to February 29, 2008.  On January 17, 2008, the Court issued an order granting that Stipulation and continuing the case management conference to February 29, 2008.

1       Because the parties filed their Joint Case Management Statement on November 30, 2007, granting this Stipulation and Order to continue the case management conference will have no other effect on the schedule for this case.

      By entering into this stipulation, neither Plaintiff nor Defendants waive any rights, claims or defenses they may have in this action.  This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one and the same stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned hereby consent to the terms set forth in the foregoing Stipulation.

IT IS SO STIPULATED AND AGREED.

Dated: _____            TRIAL & TECHNOLOGY LAW GROUP
                                         A Professional Corporation
                                         Attorneys for Plaintiff
                                         IP SOLUTIONS, INC.

                                         By: _____
                                                Robert A. Spanner

Dated: _____            FISH & RICHARDSON, P.C.
                                         Attorneys for Defendants
                                         BANK OF AMERICA, N.A. and BANK OF
                                         AMERICA TECHNOLOGY AND OPERATIONS,
                                         INC.

                                         By: _____
                                                Christina D. Jordan

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christina D. Jordan.

Dated: _____     TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
IP SOLUTIONS, INC.


By: _____
    Robert A. Spanner


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/26/08 _____     _____
HONORABLE JEREMY FOGEL JUDGE OF THE
UNITED STATES DISTRICT COURT

---

Stip. and Order Continuing Case Mgmt. Conf. –
Case No. 07-CV-02774 JF (RS)             4