1  Robert A. Spanner, Esq. (State Bar No. 60308)
   TRIAL & TECHNOLOGY LAW GROUP
2  A Professional Corporation
   545 Middlefield Road, Suite 220
3  Menlo Park, CA 94025
   Telephone:    (650) 324-2223
4  Facsimile:    (650) 324-0178

5  Attorneys for Plaintiff/Counterdefendant
   IP SOLUTIONS, INC.
6
   David J. Miclean (State Bar No. 115098)
7  Christina D. Jordan (State Bar No. 245944)
   FISH & RICHARDSON P.C.
8  500 Arguello Street, Suite 500
   Redwood City, California  94063
9  Telephone: (650) 839-5070
   Facsimile:  (650) 839-5071
10
   Attorneys for Defendants/Counterclaimants
11 BANK OF AMERICA, N.A. and
   BANK OF AMERICA TECHNOLOGY
12 AND OPERATIONS, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17
   IP SOLUTIONS, INC.,                    )  Case No.  07-CV-02774 JF (RS)
18                                        )
                Plaintiff/Counterdefendant,)  **STIPULATION RE DISMISSAL**
19                                        )  **WITH PREJUDICE AND ORDER**
         vs.                              )  **THEREON**
20                                        )  **(F.R. Civ. P. 41)**
   BANK OF AMERICA, N.A., *et al.*,       )
21                                        )
                Defendants/Counterclaimants.)
22 _____ )

23
          Plaintiff and Counterdefendant IP Solutions, Inc. on the one hand, and Defendants
24
   and Counterclaimants Bank of America, N.A. and Bank of America Technology and
25
   Operations, Inc. (together "Bank of America") on the other hand, by and through their
26

27
28 _____
   Stip. Re Dismissal With Prejudice  –
   Case No. 07-CV-02774 JF (RS)                  1

respective attorneys of record hereby STIPULATE and AGREE that the Complaint and Counterclaims in the above-referenced action shall be dismissed with prejudice.

Dated: _____     TRIAL & TECHNOLOGY LAW GROUP
                             A Professional Corporation
                             Attorneys for Plaintiff
                             IP SOLUTIONS, INC.


                             By: _____
                                   Robert A. Spanner


Dated: _____     FISH & RICHARDSON, P.C.
                             Attorneys for Defendants
                             BANK OF AMERICA, N.A. and BANK OF
                             AMERICA TECHNOLOGY AND OPERATIONS,
                             INC.


                             By: _____
                                   Christina D. Jordan

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christina D. Jordan.

Dated: _____     TRIAL & TECHNOLOGY LAW GROUP
                             A Professional Corporation
                             Attorneys for Plaintiff
                             IP SOLUTIONS, INC.


                             By: _____
                                   Robert A. Spanner

_____
Stip. Re Dismissal With Prejudice –
Case No. 07-CV-02774 JF (RS)          2

1
2
3
4

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   Dated: _____   _____
6                                    HONORABLE JEREMY FOGEL  JUDGE OF THE
                                     UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
_____
Stip. Re Dismissal With Prejudice  –
Case No. 07-CV-02774 JF (RS)                    3