Robert A. Spanner, Esq. (State Bar No. 60308)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone:    (650) 324-2223
Facsimile:     (650) 324-0178

Attorneys for Plaintiff/Counterdefendant
IP SOLUTIONS, INC.

David J. Miclean (State Bar No. 115098)
Christina D. Jordan (State Bar No. 245944)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendants/Counterclaimants
BANK OF AMERICA, N.A. and
BANK OF AMERICA TECHNOLOGY
AND OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IP SOLUTIONS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> Defendants/Counterclaimants. | Case No.   07-CV-02774 JF (RS) <br><br> **STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br> **(F.R. Civ. P. 41)** |

Plaintiff and Counterdefendant IP Solutions, Inc. on the one hand, and Defendants and Counterclaimants Bank of America, N.A. and Bank of America Technology and Operations, Inc. (together "Bank of America") on the other hand, by and through their

Stip. Re Dismissal With Prejudice –
Case No. 07-CV-02774 JF (RS)                1

1  respective attorneys of record hereby STIPULATE and AGREE that the Complaint and

2  Counterclaims in the above-referenced action shall be dismissed with prejudice.

3  Dated: _____   TRIAL & TECHNOLOGY LAW GROUP
4  A Professional Corporation
   Attorneys for Plaintiff
5  IP SOLUTIONS, INC.

6

7  By: _____
       Robert A. Spanner
8

9

10 Dated: _____   FISH & RICHARDSON, P.C.
   Attorneys for Defendants
11 BANK OF AMERICA, N.A. and BANK OF
   AMERICA TECHNOLOGY AND OPERATIONS,
12 INC.

13

14 By: _____
       Christina D. Jordan
15

16 **DECLARATION OF CONSENT**

17
     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
18
   penalty of perjury that concurrence in the filing of this document has been obtained from
19
   Christina D. Jordan.
20

21 Dated: _____   TRIAL & TECHNOLOGY LAW GROUP
   A Professional Corporation
22 Attorneys for Plaintiff
   IP SOLUTIONS, INC.
23

24 By: _____
       Robert A. Spanner
25

26

27

28 _____
Stip. Re Dismissal With Prejudice –
Case No. 07-CV-02774 JF (RS)          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/8/08_____    _____
HONORABLE JEREMY FOGEL  JUDGE OF THE
UNITED STATES DISTRICT COURT

---

Stip. Re Dismissal With Prejudice  –
Case No. 07-CV-02774 JF (RS)                3